UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| COREY CORTEZ ABERNATHY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No.   3:21-CV-24-CLC-HBG |
| JAMES DEAL, | ) ) ) ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

For the reasons in the memorandum filed contemporaneously with this Order, Petitioner's motion for leave to proceed *in forma pauperis* [Doc. 12] is **GRANTED**, and the Clerk is **DIRECTED** to **TRANSFER** this entire action to the United States Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1631 and *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997), and to **CLOSE** this case.

**SO ORDERED**.

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT